■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARL SALTERS, Appellant.— In a *coram nobis* proceeding, the defendant appeals from an order of the former County Court, Kings County, made August 14, 1962 after a hearing, denying his application to vacate a judgment of said court rendered October 21, 1949 on his plea of guilty, convicting him of robbery in the third degree and sentencing him to Elmira Reformatory. Order affirmed. In our opinion defendant failed to sustain by a preponderance of the credible evidence his contention that his constitutional and statutory rights to representation by counsel during plea or sentence were infringed (*People* v. *Oddo*, 283 App. Div. 497; *People* v. *Wolfson*, 9 A D 2d 940). The People have no burden to establish that defendant was represented or advised by counsel. On the hearing, the burden is on defendant to show by credible evidence that he was not so represented. (*People* v. *Oddo*, *supra*; *People* v. *Milo*, 4 A D 2d 679, 680.) The notations on the original indictment and the Clerk's minutes for that date conclusively show that defendant was represented by counsel at the time of his plea of guilty. The trial court did not believe the defendant's testimony, which it was at liberty to do because of his self-interest. It was free to conclude that no deprivation of the defendant's rights was established (*People* v. *Richetti*, 302 N. Y. 290, 298). [For prior appeal, see *People* v. *Salters*, 11 N Y 2d 866.] Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED HEYWARD, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — On February 10, 1964 this court handed down its decision on this appeal, affirming an order dismissing a writ of habeas corpus. On the following day the court received a letter from appellant in which he seeks to substitute his brief *pro se* in lieu of the brief previously submitted by his assigned counsel. The appellant's letter will be treated as a motion for reargument. The motion is granted. The appeal is directed to be placed on the calendar for the April Term, commencing March 30, 1964, for reargument. Appellant is directed to file two copies of his typewritten brief *pro se* and to serve one copy upon the Attorney-General of the State of New York on or before March 16, 1964. Kleinfeld, Acting P. J., Christ, Brennan and Hill, JJ., concur.

## THIRD DEPARTMENT, FEBRUARY, 1964

### (February 4, 1964)

■ In the Matter of VERNON MURPHY, Appellant, v. LEO A. LARKIN, as Corporation Counsel of the City of New York, et al., Constituting the CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK, et al., Respondents.— Motion to resettle order granted so as, in accordance with the decision, to provide for affirmance, without costs, and in all other respects denied. Present — Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ. [See 20 A D 2d 595.]